# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Applicant,<br><br>v.<br><br>PAUL RAY INVESTMENT, LLC., d/b/a,<br>PAPA JOHN'S<br>        Respondent. | Misc. No. **05-MISC.-014** |

## ORDER FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), the Equal Employment Opportunity Commission ("EEOC") has filed a voluntary motion to dismiss the above-captioned subpoena enforcement action, based on the fact that the Complainant has received from Papa John's the relief that he sought in his discrimination charge, and wishes to withdraw his charge, EEOC has determined that it will not proceed with its investigation.

THEREFORE, IT IS ORDERED that the above-captioned subpoena enforcement action be dismissed.

Entered this 6th day of January, 2006.

                      **BY THE COURT:**

                      s/ Rudolph T. Randa
                      HON. RUDOLPH T. RANDA
                      Chief Judge